# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

EDWARD L. WRIGHT,                    : No. 24 EAP 2015
                                     :
            Appellant                : Appeal from the Order of the
                                     : Commonwealth Court entered on 4/21/15
                                     : at No. 186 MD 2015.
        v.                           :
                                     :
                                     :
COMMONWEALTH OF PENNSYLVANIA :
BOARD OF PROBATION AND PAROLE, :
                                     :
            Appellee                 :

## ORDER

**PER CURIAM:**

**AND NOW**, this 21st day of December, 2015, the Order of the Commonwealth Court is AFFIRMED.